UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:17-cr-104 |
| ) | |
| THOMAS PLETZER, ) | |
| ALEXIS OCEGUEDA, ) | |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

### Count One

The Grand Jury charges that:

Between in or about August of 2017 to on or about November 10, 2017, in the District of Vermont and elsewhere, the defendants THOMAS PLETZER, ALEXIS OCEGUEDA, and others, known and unknown to the Grand Jury, knowingly and willfully conspired to distribute methamphetamine, a Schedule II controlled substance.

With respect to defendants OCEGUEDA and PLETZER, their conduct and the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

(21 U.S.C. §§ 841(a), 841(b)(1)(B), & 846)

## Count Two

The Grand Jury further charges that:

On or about November 8, 2017, in the District of Vermont and elsewhere, the defendant ALEXIS OCEGUEDA knowingly and intentionally attempted to distribute, and distributed, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(B), & 846)

## Count Three

The Grand Jury further charges that:

On or about November 10, 2017, in the District of Vermont, the defendant THOMAS PLETZER knowingly and intentionally possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(B))

## Count Four

The Grand Jury further charges that:

On or about November 18, 2017, in the District of Vermont and elsewhere, the defendant ALEXIS OCEGUEDA knowingly and intentionally attempted to distribute, and distributed, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(B), & 846)

A TRUE BILL

███████████████

FOREPERSON

*[signature]*

Christina E. Nolan (JAO)
United States Attorney
Burlington, Vermont
December 21, 2017